**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

SHAMBRIEA HOLLOWAY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PARKER-HANNIFIN CORPORATION,

Defendant.

Case No. 1:26-cv-02778

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Shambriea Holloway hereby gives notice that all of her claims in this action against Defendant Parker-Hannifin Corporation are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees. Parker-Hannifin Corporation has not answered or moved for summary judgment.

Dated: November 9, 2026

Respectfully submitted,

*/s/Jeffrey S. Goldenberg*

Jeffrey S. Goldenberg (0063771)
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Phone: (513) 345-8291
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

*Counsel for Plaintiff Shambriea Holloway*

CERTIFICATE OF SERVICE

I, Jeffrey S. Goldenberg, hereby certify that on November 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg (0063771)